AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| Lisa Woodward and Peter Woodward, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No.: 23-CV-632 KMM/ECW |
| Credit Service International Corporation and Richard Muske, attorney at Law, | ) | |
| Defendants. | ) | |

## BILL OF COSTS

Judgment having been entered in the above-entitled action on May 5, 2023 against   Defendants   Credit   Service   International Corporation and Richard Muske, Attorney at Law in the amount of $2,002.00;

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and Complaint. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 111.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 53.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL   $ | 164.00 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

   ′Electronic service ′

   s/ Attorney:     *Kevin E. Giebel*
                    Kevin E. Giebel

   **GIEBEL & ASSOCIATES, LLC**
   Reg. No.: 164112
   P.O Box 277
   Lake Elmo, Minnesota 55042
   kgiebel@ggwklaw.com

   For:    <u>Name of Claiming Parties</u>: Plaintiffs Lisa Woodward and Peter Woodward

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                                *Deputy Clerk*                         *Date*

AO 133  (Rev. 12/09)  Bill of Costs and Disbursements