UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| Lisa Woodward and Peter Woodward, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>Credit Service International Corporation and )<br>Richard Muske, Attorney at Law, )<br>)<br>Defendants. ) | Case No.: 23-CV-632 KMM/ECW |

## SATISFACTION OF JUDGMENT

Judgment having been entered in the above-entitled action on May 5, 2023 in favor of Lisa Woodward and Peter Woodward, and against Defendants Credit Service International Corporation and Richard Muske, Attorney at Law, in the amount of $2,002.00, pursuant to the filing of a FRCP 68 Offer of Judgment on May 5, 2023; and

Judgment in the amount of $2,002.00, now having been satisfied on or about June 23, 2023 with the payment of $2,002.00 to Plaintiffs, exclusive of attorney fees, costs, and disbursements, may and is hereby, satisfied.

**GIEBEL & ASSOCIATES, LLC**

Dated: July 23, 2023

/s/ *Kevin E. Giebel*
Kevin E. Giebel
Reg. No.: 164112
P.O Box 277
Lake Elmo, Minnesota 55042
kgiebel@ggwklaw.com

*Attorneys For: Plaintiffs Lisa Woodward and Peter Woodward*